IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**JUDITH JOHNSON,**

      **Plaintiff,**                                      **Case No. 2:12-cv-00498-JFC**

      **v.**

**CIGNA CORPORATION; LIFE
INSURANCE COMPANY OF NORTH
AMERICA; NOVACARE
REHABILITATION, DIVISION OF
SELECT MEDICAL CORPORATION;
and MILTON KLEIN, D.O.,**

      **Defendants.**

## CERTIFICATE OF MERIT AS TO MILTON KLEIN, D.O.

I, James R. Cooney, hereby certify that:

an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

   9/13/12                                                    /s/ James R. Cooney
Date                                                           James R. Cooney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUDITH JOHNSON,

    Plaintiff,                    Case No. 2:12-cv-00498-JFC

    v.

CIGNA CORPORATION; LIFE
INSURANCE COMPANY OF NORTH
AMERICA; NOVACARE
REHABILITATION, DIVISION OF
SELECT MEDICAL CORPORATION;
and MILTON KLEIN, D.O.,

    Defendants.

## CERTIFICATE OF SERVICE

    I, James R. Cooney, certify that I served a true and correct copy of the foregoing Certificate of Merit upon the following, by email transmission, on the 13th day of September, 2012:

Gregory G. Schwab
James A. Keller
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
gschwab@saul.com
jkeller@saul.co

*Counsel for CIGNA Corporation and
Life Insurance Company of North America*

Jason M. Logue
DAVIES, McFARLAND & CARROLL, P.C.
The Tenth Floor, One Gateway Center
Pittsburgh, PA 15222-1416
jlogue@dmcpc.com

2

*Counsel for Milton Klein*

David M. Chmiel
MATIS BAUM O'CONNOR
444 Liberty Avenue, Suite 300
Pittsburgh, PA 15222
dchmiel@mbrolaw.com

*Counsel for Novacare Rehabilitation*

<u>*/s/James R. Cooney*</u>
James R. Cooney